GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
MICHAEL J. CHILLEEN (SBN 210704)
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Emails: hurleyg@gtlaw.com
chilleenm@gtlaw.com

Attorneys for Defendants COVENANT CARE LLC,
COVENANT CARE LA JOLLA, LLC dba LA JOLLA NURSING AND
REHABILITATION CENTER, and LA JOLLA - CAL ASSOCIATES L.P.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SHARP,<br><br>          Plaintiff,<br><br>vs.<br><br>COVENANT CARE LLC; COVENANT CARE LA JOLLA, LLC dba LA JOLLA NURSING AND REHABILITATION CENTER; LA JOLLA - CAL ASSOCIATES L.P.; and DOES 1 through 10, Inclusive,<br><br>          Defendants. | Case No. 3:11-cv-01379-CAB (WMC)<br><br>**DEFENDANTS COVENANT CARE LLC, COVENANT CARE LA JOLLA, LLC dba LA JOLLA NURSING AND REHABILITATION CENTER, and LA JOLLA - CAL ASSOCIATES L.P.'S NOTICE OF MOTION AND MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>Magistrate: Hon.William McCurine, Jr.<br><br>Date: N/A<br>Courtroom: Hon.William McCurine, Jr.<br>Trial Date:    None Set |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to this Court's Order (Docket #46), Defendants Covenant Care LLC; Covenant Care La Jolla, LLC dba La Jolla Nursing and Rehabilitation Center; La Jolla - Cal Associates L.P.'s (collectively hereinafter "Defendants") hereby move to modify the scheduling order and extend the motion cut-off date until November 30, 2012.  In the alternative, Defendants request that the Court stay this case until November 30, 2012 and set a status conference on that date.

This motion is made on the grounds that good cause exists good to modify the scheduling order or issue a stay because (1) despite their diligent efforts, Defendants have been unable to complete construction due to the inherently slow approval process and granting Defendants' motion would result in judicial economy with no prejudice to Plaintiff; and (2) Defendants' motion involves jurisdictional issues such as standing and mootness which the Court is required to address at all times, even if not timely raised.

This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Declarations of Kevin Reynolds, Randy Dettmer, and Michael J. Chilleen, all other papers and pleadings on record with this Court, and upon such other arguments and items as may be presented to the Court at the hearing, if any, of this matter.

DATED:  September 5, 2012                                   GREENBERG TRAURIG, LLP

                                                            By /s/ Michael J. Chilleen
                                                                Gregory F. Hurley
                                                                Michael J. Chilleen
                                                                Attorneys for Defendants
                                                                COVENANT CARE LLC, COVENANT CARE LA JOLLA, LLC dba LA JOLLA NURSING AND REHABILITATION CENTER, and LA JOLLA - CAL ASSOCIATES L.P
                                                                Emails:  hurleyg@gtlaw.com
                                                                chilleenm@gtlaw.com

# **CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On the below date, I served **DEFENDANTS COVENANT CARE LLC, COVENANT CARE LA JOLLA, LLC dba LA JOLLA NURSING AND REHABILITATION CENTER, and LA JOLLA - CAL ASSOCIATES L.P.'S NOTICE OF MOTION AND MOTION TO MODIFY THE SCHEDULING ORDER** with the Clerk of the United States District Court for the Southern District, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Jordan Metz | Attorneys for Plaintiff |
| Mary Lim | DENNIS SHARP |
| Barbosa, Metz & Harrison, LLP | |
| 139 Richmond Street | |
| El Segundo, CA  90245 | |
| Tel:    (310) 414-9400 | |
| Fax:    (310) 414-9200 | |
| jmetz@bhmlegal.com; | |
| mlim@bmhlegal.com | |

☒  **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒  **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

Executed on **September 5, 2012** at Irvine, California.

                                            /s/ Michael J. Chilleen
                                            Michael J. Chilleen