```
GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
MICHAEL J. CHILLEEN (SBN 210704)
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Emails: hurleyg@gtlaw.com
        chilleenm@gtlaw.com
```

Attorneys for Defendants COVENANT CARE LLC,
COVENANT CARE LA JOLLA, LLC dba LA JOLLA NURSING AND
REHABILITATION CENTER, and LA JOLLA - CAL ASSOCIATES L.P.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SHARP,<br><br>        Plaintiff,<br><br>vs.<br><br>COVENANT CARE LLC; COVENANT CARE LA JOLLA, LLC dba LA JOLLA NURSING AND REHABILITATION CENTER; LA JOLLA - CAL ASSOCIATES L.P.; and DOES 1 through 10, Inclusive,<br><br>        Defendants. | Case No. 3:11-cv-01379-CAB (WMC)<br><br>**DECLARATION OF KEVIN REYNOLDS IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>Magistrate: Hon. William McCurine, Jr.<br><br>Date: N/A<br>Courtroom: Hon. William McCurine, Jr.<br>Trial Date: None Set |

REYNOLDS DECL. ISO MOTION TO MODIFY SCHEDULING ORDER          CASE NO. 3:11-cv-01379-CAB (WMC)
OC 286977846v2

Pursuant to 28 U.S.C. § 1746, I, Kevin Reynolds, hereby declare as follows:

1. I am President of Reynolds Project Management, Inc.. I am over the age of eighteen and make this declaration on personal knowledge. If called as a witness in this action, I could and would testify competently as follows:

2. I was hired by Covenant Care to facilitate the completion of the accessibility upgrade project at the La Jolla Nursing Center located at 2552 Torrey Pines Road, La Jolla, CA. All necessary permits and approvals from the City and OSHPD have been obtained. The OSHPD permit was issued on August 31, 2012. Construction work started on September 4, 2012. The project schedule specifies a 53 calendar day duration to complete the work with a substantial completion date of 10/26/12. Based on my experience in the field, this is a reasonable amount of time to complete the specified work. To cover unforeseen circumstances, three additional weeks were added to the overall project schedule. These three weeks of "float time" yield an overall project completion date of 11/16/12. The Court and the parties can reasonably rely on completion of the accessibility upgrade project by 11/16/12.

3. Attached as Exhibit "A" is a true and correct copy of the project schedule.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of September, 2012, at San Diego, California.

_Kevin Reynolds_
Kevin Reynolds
Declarant

REYNOLDS DECL. ISO MOTION TO MODIFY SCHEDULING ORDER         CASE NO. 3:11-cv-01379-CAB (WMC)

OC 286,977.846v2 9-5-12

**EXHIBIT A**



# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On the below date, I served **DECLARATION OF KEVIN REYNOLDS IN SUPPORT OF DEFENDANTS COVENANT CARE LA JOLLA, LLC dba LA JOLLA NURSING AND REHABILITATION CENTER, and LA JOLLA - CAL ASSOCIATES L.P.'S MOTION TO MODIFY THE SCHEDULING ORDER** with the Clerk of the United States District Court for the Southern District, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Jordan Metz<br>Mary Lim<br>Barbosa, Metz & Harrison, LLP<br>139 Richmond Street<br>El Segundo, CA 90245<br>Tel:  (310) 414-9400<br>Fax:  (310) 414-9200<br>jmetz@bhmlegal.com;<br>mlim@bmhlegal.com | Attorneys for Plaintiff<br>DENNIS SHARP |

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**

In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

Executed on **September 5, 2012** at Irvine, California.

/s/ Michael J. Chilleen
Michael J. Chilleen