```
 1  GREENBERG TRAURIG, LLP
    GREGORY F. HURLEY (SBN 126791)
 2  MICHAEL J. CHILLEEN (SBN 210704)
    3161 Michelson Drive, Suite 1000
 3  Irvine, CA 92612
    Telephone: (949) 732-6500
 4  Facsimile: (949) 732-6501
    Emails: hurleyg@gtlaw.com
 5  chilleenm@gtlaw.com
 6
 7  Attorneys for Defendants COVENANT CARE LLC,
    COVENANT CARE LA JOLLA, LLC dba LA JOLLA NURSING AND
 8  REHABILITATION CENTER, and LA JOLLA - CAL ASSOCIATES L.P.
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SHARP,<br><br>Plaintiff,<br><br>vs.<br><br>COVENANT CARE LLC; COVENANT CARE LA JOLLA, LLC dba LA JOLLA NURSING AND REHABILITATION CENTER; LA JOLLA - CAL ASSOCIATES L.P.; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 3:11-cv-01379-CAB (WMC)<br><br>**DECLARATION OF RANDY DETTMER IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>Magistrate: Hon. William McCurine, Jr.<br><br>Date: N/A<br>Courtroom: Hon. William McCurine, Jr.<br>Trial Date: None Set |

Pursuant to 28 U.S.C. § 1746, I, Randy Dettmer, hereby declare as follows:

1. I am the principal of Dettmer Architecture. I am over the age of eighteen and make this declaration on personal knowledge. If called as a witness in this action, I could and would testify competently as follows:

2. I was hired by Covenant Care to provide architectural services relating to its accessibility upgrade project at the La Jolla Nursing Center located at 2552 Torrey Pines Road, La Jolla, CA.

3. In December 2011, I conducted a site inspection of the subject property. On January 19, 2012, Plaintiff filed his First Amended Complaint to allege numerous additional barriers. On January 23, the Court issued a scheduling order. During the week of January 23, I began preparation of architectural drawings required by the City of San Diego and OSHPD before any construction work could begin. On February 8 and 15, I participated in team meetings to discuss, among other things, Plaintiff's First Amended Complaint and the scope of the project. On February 22, I conducted another site inspection with a civil engineer to survey existing parking lot and entrance ramp conditions. I also inspected the interior of the building. For the next two months, I participated in various team strategy meetings and prepared required construction documents. During the week of April 23, I finished the construction documents and prepared the OSHPD project applications and submitted them to Covenant Care for approval. On May 9, I submitted the construction documents and applications to OSHPD. On May 21, the project was logged in by OSHPD. I received the first set of OSHPD comments on June 12. Revised construction documents were submitted to OSHPD on June 22. Additional comments were received on July 23. Revised construction documents were again submitted to OSHPD on August 3. During this time, construction documents were also prepared for the City of San Diego right-of-way work. On August 6, the City of San Diego issued a planning and zoning approval for the project. On August 7, OSHPD approved the construction documents. On August 27, the City of San Diego issued a right-of-way permit. On August 28, I held a meeting with the project manager and the general contractor. On August 31, an OSHPD building permit was issued. On September 4, construction started.

4. At all times, I diligently worked on the preparation and submission of construction documents required by the City of San Diego and OSHPD prior to construction. As explained above,

1

right after Plaintiff was allowed to file an amended complaint to allege additional barriers which changed the scope of the lawsuit, I began drafting construction documents. The approval process is inherently slow which is why it took time to obtain the required approvals and building permits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of September, 2012, at San Luis Obispo, California.

Randy Dettmer
Declarant

2
DECL. ISO MOTION TO MODIFY SCHEDULING ORDER     CASE NO. 3:11-cv-01379-CAB (WMC)

OC 286,978,898v1 9-5-12

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On the below date, I served **DECLARATION OF RANDY DETTMER IN SUPPORT OF DEFENDANTS COVENANT CARE LA JOLLA, LLC dba LA JOLLA NURSING AND REHABILITATION CENTER, and LA JOLLA - CAL ASSOCIATES L.P.'S MOTION TO MODIFY THE SCHEDULING ORDER** with the Clerk of the United States District Court for the Southern District, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Jordan Metz<br>Mary Lim<br>Barbosa, Metz & Harrison, LLP<br>139 Richmond Street<br>El Segundo, CA  90245<br>Tel:     (310) 414-9400<br>Fax:    (310) 414-9200<br>jmetz@bhmlegal.com;<br>mlim@bmhlegal.com | Attorneys for Plaintiff<br>DENNIS SHARP |

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**

In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

Executed on **September 5, 2012** at Irvine, California.

/s/ Michael J. Chilleen
Michael J. Chilleen