# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SHARP,<br><br>  Plaintiff,<br>vs.<br><br>COVENANT CARE LLC; COVENANT CARE LA JOLLA, LLC dba LA JOLLA NURSING AND REHABILITATION CENTER; LA JOLLA - CAL ASSOCIATES L.P.; and DOES 1 through 10, Inclusive,<br><br>  Defendants. | CASE NO. 11cv1379-CAB (WMC)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE<br><br>[Doc. No. 54] |

Upon consideration of the Joint Motion to Continue Pretrial Conference [Doc. No. 54] wherein the parties – Plaintiff Dennis Sharp and Defendants Covenant Care LLC, Covenant Care La Jolla, LLC dba La Jolla Nursing and Rehabilitation Center and La Jolla - Cal Associates, L.P. ("Defendants") – stipulate to a joint request to continue the date for the final pretrial conference, IT IS HEREBY ORDERED that the Joint Motion is GRANTED. Accordingly, the final pretrial conference is CONTINUED and RESET from November 9, 2012 to **February 1, 2013** at **2:00 p.m.**

DATED: October 1, 2012

_____
**CATHY ANN BENCIVENGO**
United States District Judge

11cv1379